FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 26 2004

at 5 o'clock and 02 min. P M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OLGA RIOS,<br><br>      Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>      Respondent. | CIVIL NO. 04-00633 HG-KSC<br>CRIM. NO. 96-00291 HG<br><br>**ORDER DENYING OLGA RIOS' "PETITION FOR DETERMINATION OF ABILITY TO PAY RESTITUTION PURSUANT TO 18 U.S.C. § 3569 AND TO BE DECLARED A PAUPER PURSUANT TO 18 U.S.C. § 1915 OR IN THE ALTERNATIVE 28 U.S.C. § 1651 ALL WRITS ACT" AND DISMISSING ACTION** |

Petitioner Olga Rios filed her "Petition for Determination of Ability to Pay Restitution Pursuant to 18 U.S.C. § 3569 and to Be Declared a Pauper Pursuant to 18 U.S.C. § 1915 Or in the Alternative 28 U.S.C. § 1651 All Writs Act" in the Northern District of California (Case No. C 04-0605 JF (PR)). By order dated September 28, 2004, U.S. District Judge Jeremy Fogel transferred the matter to this Court.

By Judge Fogel's order, Petitioner was notified that the relief she requested was properly brought pursuant to 28 U.S.C. § 2255.

The issue of Defendant's ability to pay the restitution order and the assessment fee was ruled upon in this Court's orders of June 23, 2003 and April 19, 2004 filed in Crim. No. 96-00291 HG-01. The ruling contained in the orders disposes of the issues raised in

the instant petition before this Court.  The Petition is DENIED.

IT IS SO ORDERED.

DATED:   Honolulu, Hawaii, _OCT 26_, 2004.

/s/ Helen Gillmor
HELEN GILLMOR
United States District Judge

---

Civil No. 04-00633 HG-KSC; Crim. No. 96-00291 HG-01; <u>Olga Rios v. United States</u>; Order Denying Olga Rios' "Petition for Determination of Ability to Pay Restitution Pursuant to 18 U.S.C. § 3569 and to Be Declared a Pauper Pursuant to 18 U.S.C. § 1915 Or in the Alternative 28 U.S.C. § 1651 All Writs Act" and Dismissing Action

AO 246A (Rev. 7/04) Order of Discharge and Dismissal/Expungement

**ORIGINAL** UNITED STATES DISTRICT COURT

DISTRICT OF _____

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 2 6 2004
at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

UNITED STATES OF AMERICA

V.

RYAN T. SIM

**ORDER OF DISCHARGE AND DISMISSAL/EXPUNGEMENT**

CASE   CR 03-00388-01

**ORDER DISCHARGING DEFENDANT FROM PROBATION
AND DISMISSING PROCEEDINGS**

The supervising probation officer having reported that the defendant has complied with the conditions of probation, and having recommended that the defendant be discharged from probation at this time and that the proceedings be dismissed pursuant to 18 U.S.C. § 3607(a),

**IT IS SO ORDERED.**

OCT 25 2004
_____
1.
Date

_____
Signature of Judge

KEVIN S.C. CHANG   United States Magistrate Judge
_____
Name and Title of Judge

---

**ORDER DIRECTING EXPUNGEMENT OF OFFICIAL RECORDS**

It appearing that the defendant was less than twenty-one years of age at the time of the offense, IT IS ORDERED that all references to the defendant's arrest for the offense, the institution of criminal proceedings against the defendant, and the results thereof be expunged from all official records (except the nonpublic records to be retained by the Department of Justice pursuant to 18 U.S.C. § 3607(c)).

OCT 25 2004
_____
Date

_____
Signature of Judge

KEVIN S.C. CHANG   United States Magistrate Judge